**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ronald NORMAN, Defendant–**
**Appellant.**

No. 14–20679
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 3, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Ronald Norman, Pine Knot, KY, pro se.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ronald Norman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Norman has filed a response as well as a motion for leave to file a supplemental response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Norman's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion

---

for leave to withdraw and Norman's motion for leave to file a supplemental response are GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.